746 A.2d 1107

**Clyde McGRIFF, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Feb. 23, 2000.

## *ORDER*

PER CURIAM:

The Order of the Commonwealth Court is hereby affirmed.

It is further ordered that Appellee's Motion to Dismiss Appeal for Mootness pursuant to PA.R.A.P. 1972(4), or, in the Alternative, for Remand and Appellant's Petition for Remission of the Record and Remand to the Lower Court are hereby denied.